Commerce et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 89–910. CHATHAS ET AL. *v.* SMITH, INDIVIDUALLY AND AS CHIEF OF POLICE, VILLAGE OF EVERGREEN PARK, ET AL. C. A. 7th Cir. Motion of Chicago Lawyers' Committee for Civil Rights Under Law, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 89–941. WESTCHESTER RADIOLOGICAL ASSOCIATES, P. C., ET AL. *v.* EMPIRE BLUE CROSS & BLUE SHIELD. C. A. 2d Cir. Motion of American College of Radiology et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 89–1035. CSX TRANSPORTATION, INC. *v.* CALDWELL. Sup. Ct. Va. Motion of Norfolk Southern Corp. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 89–1064. NEIL *v.* ESPINOZA ET AL. Ct. App. Colo. Motion of respondent Andrew Espinoza for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–1474. UNITED STATES *v.* GOODYEAR TIRE & RUBBER CO. ET AL., *ante*, p. 132;

No. 88–7543. JOHNSON *v.* TEXAS, *ante*, p. 841;

No. 89–613. ENGEL *v.* CLARK COUNTY, NEVADA, *ante*, p. 993;

No. 89–5280. ALSTON *v.* DUBOIS ET AL., *ante*, p. 938;

No. 89–5802. HOLLADAY *v.* ALABAMA, *ante*, p. 1012;

No. 89–5825. QUARLES *v.* CHAMPION INTERNATIONAL CORP., *ante*, p. 1027;

No. 89–5854. FAZZINI *v.* UNITED STATES; *ante*, p. 982;

No. 89–5865. SPYCHALA *v.* BORG, WARDEN, *ante*, p. 1027;

No. 89–5899. JARRETT *v.* MINUTE MAN, INC., ET AL., *ante*, p. 1005;

No. 89–5941. WEAKLEY *v.* INDIANA, *ante*, p. 1005;

No. 89–5943. IN RE MANCHESTER, *ante*, p. 1016;

No. 89–5946. JACKSON *v.* HOROWITZ, *ante*, p. 1028;

No. 89–5966. HARTOG *v.* IOWA, *ante*, p. 1005;

No. 89–5968. LAWSE *v.* CORRY ET AL., *ante*, p. 1005;

No. 89–6009. RUBIN *v.* THRESHOLDS, INC., *ante*, p. 1031;

No. 89–6020.    LAWRENCE *v.* TEXAS EMPLOYMENT COMMISSION, *ante*, p. 1031;

No. 89–6066.    VISSER *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (WELLS FARGO BANK, REAL PARTY IN INTEREST), *ante*, p. 1032;

No. 89–6103.    GREEN *v.* MASSACHUSETTS, *ante*, p. 1033;

No. 89–6112.    MAY *v.* PRO-GUARD, INC., *ante*, p. 1034; and

No. 89–6132.    BRANNER *v.* FREDERICK COUNTY JAIL ET AL., *ante*, p. 1034.    Petitions for rehearing denied.